January 22, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

IN RE A PURPORTED LIEN OR CLAIM AGAINST TU NGUYEN

NO. 14-14-00021-CV

_____

This cause, an appeal from an order denying appellant Tu Nguyen's Motion for Judicial Review of Documentation or Instruments Purporting to Create a Lien or Claim, signed January 3, 2014, was heard on the transcript of the record. We have inspected the record and find no error in the trial court's order. We **AFFIRM** the trial court's order.

We order appellant, Tu Nguyen to pay all costs incurred in this appeal. We further order this decision certified below for observance.